UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

PHILLIP D. FORMAN,

                Debtor.

Chapter 7

Case No. 13-11435 MEW

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 9 | GENERAL ELECTRIC CORPORATION<br>12-67 RIVER ROAD<br>FAIR LAWN, NJ 07410 | $300,000.00 | $401.32 |

**TOTAL UNCLAIMED DIVIDENDS:**      **$   401.32**

Dated: New York, New York
       April 13, 2016

    /s/ John S. Pereira, Trustee
John S. Pereira
Chapter 7 Trustee
641 Lexington Avenue, 13th Floor
New York, New York  10022
(212) 758-5777